

### ORDER

PER CURIAM:

AND· NOW, this 3rd day of September, 1997, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is hereby REVERSED. The case is remanded to the Commonwealth Court for further consideration in light of *Grieff v. Reisinger,* —— Pa. ——, 693 A.2d 195 (1997).

Jurisdiction is relinquished.

### ORDER

PER CURIAM.

AND NOW, this 8th day of September, 1997, the Petition for Allowance of Appeal is GRANTED, but LIMITED to the following issue:

1. Whether a personal guaranty, signed by a general partner and pledged pursuant to a loan transaction regarding the partnership, is surplusage or a nullity, where the general partner who signed the guaranty is also a signatory to a note given by the partnership in connection with the loan transaction.